

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-21-00272-CR

IN RE JUSTIN HAROLD SZALLA, RELATOR

ORIGINAL PROCEEDING

November 3, 2021

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Relator Justin Harold Szalla, proceeding pro se, seeks a writ of mandamus to compel the District Clerk of Hansford County to transmit his application for a writ of habeas corpus to the Court of Criminal Appeals pursuant to article 11.07 of the Code of Criminal Procedure.  We dismiss this proceeding for want of jurisdiction.

We have authority to issue writs of mandamus against a judge of a district or county court in our district and all writs necessary to enforce our jurisdiction.  TEX. GOV'T CODE ANN. § 22.221(a), (b).  Thus, for a district clerk to fall within our jurisdictional reach it must be established that the issuance of a writ of mandamus is necessary to enforce our jurisdiction.  *In re Coronado*, 980 S.W.2d 691, 692-93 (Tex. App.—San Antonio 1998,

orig. proceeding) (per curiam). Relator does not have an appeal pending in this Court nor has he demonstrated that the exercise of our mandamus authority against the Hansford County District Clerk is necessary to enforce our jurisdiction. Consequently, we have no authority to issue the requested writ of mandamus.

Relator's petition is, therefore, dismissed for want of jurisdiction.

Per Curiam

Do not publish.

2